UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEITH D. KEYES, | ) | Case No. CV 08-2467-VAP (PJW) |
|     Petitioner, | ) | |
| | ) | J U D G M E N T |
|     v. | ) | |
| LEEROY BACA, | ) | |
|     Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: April 24, 2008.

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Federal Habeas\KEYES, K 2467\Judgment.wpd